# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
September 17, 2025
Lyle W. Cayce
Clerk

No. 25-30478

Voice of the Experienced, *a membership organization on behalf of itself and its members*; Myron Smith, *Individually and on behalf of all others similarly situated*; Damaris Jackson, *Individually and on behalf of all others similarly situated*; Nate Walker, *Individually and on behalf of all others similarly situated*; Darrius Williams, *Individually and on behalf of all others similarly situated*; Kevias Hicks; Joseph Guillory; Alvin Williams,

        *Plaintiffs—Appellees*,

*versus*

James M. LeBlanc, *Secretary, Department of Public Safety and Corrections*; Tim Hooper, *Warden, Louisiana State Penitentiary*; Louisiana Department of Public Safety and Corrections,

        *Defendants—Appellants.*

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:23-CV-1304

UNPUBLISHED ORDER

Before Smith, Haynes, and Oldham, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that Appellants' renewed opposed motion to stay the August 22, 2025, injunction order pending appeal is GRANTED.[1]

IT IS FURTHER ORDERED that Appellants' unopposed motion to expedite the appeal is GRANTED.

---

[1] Judge Haynes would only grant a temporary stay on the August 22 injunction and would send it to the merits panel getting the expedited appeal to decide the issue.