# *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 18, 2025

Mr. Jorge Benjamin Aguinaga
Louisiana Department of Justice
1885 N. 3rd Street
Baton Rouge, LA 70802

Mr. Andrew Blanchfield
Keogh, Cox & Wilson, Limited
701 Main Street
Baton Rouge, LA 70802-5527

Ms. Samantha Bosalavage Pourciau
Promise of Justice Initiative
1024 Elysian Fields Avenue
New Orleans, LA 70117

    No. 25-30478   Voice of the Experienced v. LeBlanc
                       USDC No. 3:23-CV-1304

Dear Mr. Aguinaga, Mr. Blanchfield, Ms. Pourciau,

In light of the court order of September 17, 2025 expediting the above captioned appeal, please adhere to the following expedited briefing schedule:

- **Appellants' and Appellees' Simultaneous briefs is due October 20, 2025**
- **Simultaneous Replies is due October 27, 2025**

Counsel will be notified regarding oral argument at a later date. Please adhere to the expedited briefing schedule without requesting extensions in order to ensure the availability of the briefs to the court prior to oral argument.

**Record Excerpts:** 5th Cir. R. 30.1.7(c) provides that the electronic PDF version of the record excerpts should contain pages representing the "tabs" identified in the index of the document. However, we remind attorneys that the actual paper copies of record excerpts filed with the court must contain actual physical tabs that extend beyond the edge of the document, to facilitate easy identification and review of tabbed documents.

**Brief Covers:** THE CASE CAPTION(S) ON BRIEF COVERS MUST BE EXACTLY THE SAME AS THE CASE CAPTION(S) ON THE ENCLOSED TITLE CAPTION SHEET(S). YOU WILL HAVE TO CORRECT ANY MODIFICATIONS YOU MAKE TO THE CAPTION(S) BEFORE WE SUBMIT YOUR BRIEF TO THE COURT.

**Dismissal of Appeals:** The clerk may dismiss appeals without notice if you do not file a brief on time, or otherwise fail to comply with the rules.

**Appearance Form:** If you have not electronically filed a "Form for Appearance of Counsel," you must do so within 14 days of this date. You must name each party you represent, See Fed. R. App. P. and 5th Cir. R. 12. The form is available from the Fifth Circuit's website, www.ca5.uscourts.gov.

**Electronic Record on Appeal (EROA):** We permit you to download all or part of the electronic record on appeal (EROA) after this is approved by the U.S. District Court. You will receive a notice when access to the EROA is available. Counsel must be approved for electronic filing and be listed as an attorney of record in the case before access will be granted. Instructions for accessing and downloading the EROA will be included in the notice you receive from the district court, but are also available here: http://www.ca5.uscourts.gov/docs/default-source/forms/instructions-for-electronic-record-download-feature-of-cm.

Please note that sealed documents, except for the presentence investigation report in criminal appeals, will not be included in the EROA. You must file a motion in our court for access to sealed documents, which will be provided by the district court only upon the filing and granting of a motion by our court.

**Citation Guidelines:** Pursuant to 5th Cir. R. 28.2.2, use the following citation format:

- For single record cases, use "ROA." followed by the page number (e.g., "ROA.123").

- For multiple record cases, cite "ROA." followed by the Fifth Circuit appellate case number, followed by the page of the record (e.g., "ROA.13-12345.123").

- Each citation must end with a period (.) or semicolon (;).

**Brief Template:** The clerk's office provides brief templates and a tool to check briefs for potential deficiencies before docketing. To access these resources, log in to CM/ECF and select 'Brief Template' (Counsel Only) or 'PDF Check Document' from the Utilities menu or the "Attorney Toolbox".

**Reminder Regarding Sealed Documents:** Our court presumes the public has a right to court records, and request to seal pleadings, record excerpts, or other documents must be justified with particularity. Simply stating that the originating court sealed the matter is insufficient. Counsel is responsible for justifying a request to file under seal, as well as for notifying the court when sealing is no longer necessary. An unopposed motion to seal does not relieve counsel of the obligation to justify the motion.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Roeshawn Johnson, Deputy Clerk
504-310-7998

Enclosure(s)

cc w/encl:
    Mr. Jeremy Benjamin
    Ms. Kimberly Grambo
    Mr. Joshua Hill Jr.
    Ms. Anna Manchester Stapleton
    Ms. Leah Weiser
    Ms. Lydia Wright

_____

Case No. 25-30478

_____

Voice of the Experienced, a membership organization on behalf of itself and its members; Myron Smith, Individually and on behalf of all others similarly situated; Damaris Jackson, Individually and on behalf of all others similarly situated; Nate Walker, Individually and on behalf of all others similarly situated; Darrius Williams, Individually and on behalf of all others similarly situated; Kevias Hicks; Joseph Guillory; Alvin Williams,

   Plaintiffs - Appellees

v.

James M. LeBlanc, Secretary, Department of Public Safety and Corrections; Tim Hooper, Warden, Louisiana State Penitentiary; Louisiana Department of Public Safety and Corrections,

   Defendants - Appellants