# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

October 21, 2025

Mr. Jeremy Benjamin
Paul, Weiss, Rifkind, Wharton & Garrison, L.L.P.
1285 Avenue of the Americas
New York, NY 10019-6064

    No. 25-30478   Voice of the Experienced v. LeBlanc
                          USDC No. 3:23-CV-1304

Dear Mr. Benjamin,

You must submit (6) paper copies of your brief required by 5th Cir. R. 31.1 within 1 day of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

**Due to the appeal being expedited, please overnight the paper copies of your brief.**

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Roeshawn Johnson, Deputy Clerk
                        504-310-7998

cc:  Mr. Jorge Benjamin Aguinaga
     Mr. Andrew Blanchfield
     Ms. Kimberly Grambo
     Mr. Joshua Hill Jr.
     Ms. Caitlin Ann Huettemann
     Ms. Samantha Bosalavage Pourciau
     Ms. Anna Manchester Stapleton
     Ms. Leah Weiser
     Ms. Chizoba Wilkerson
     Ms. Lydia Wright